IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN STANLEY | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4571 |
| | : | |
| PAUL G. LITTLE, et al. | : | |

## **ORDER**

AND NOW, this 6th day of August, 2024, upon consideration of the pending motions in this case and the associated briefing by the parties, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED:

1. Defendants Paul G. Little, John Nicholson, and Karen Jones Edney's Motion to Dismiss (ECF No. 12) is GRANTED;

2. Pro se Plaintiff John Stanley's Complaint (ECF No.2) is DISMISSED without prejudice;

3. Stanley's Motion for Appointment of Counsel (ECF No. 3) is DENIED; and

4. Stanley's Motion in Support (ECF No. 17) is DISMISSED.[1]

It is FURTHER ORDERED the Clerk of Court is DIRECTED to mark this case as closed.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Court construes this filing, entitled "Motion in Support in Response to Defendants, Paul G. Little, John Nicholson, and Karen Jones-Edney," as a response in opposition to Defendants' Motion to Dismiss.